In The United States District Court
For The District of Colorado

Civil action: No. 25-CV-02693-RTG

James Thompson Cauley Jr.
Plaintiff

v.

Stancil, Colorado Dept. of Corr. Executive Director, and Medical Staff at Colorado Dept. of Corrections et, al.
Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 27 2025
JEFFREY P. COLWELL
CLERK

## Motion For Extention of time Per Rule 6.(b)(1)(A)

On Oct 7, 2025, Mr. Cauley Jr Recieved an order from this Honorable Court Directing Plaintiff to File an Amended Prisoner Complaint within 30 day From that order on Oct. 01-2025.

Plaintiff in fact recieved that order on Oct-07-2025, In order For Mr. Cauley to file an Amended complaint Plaintiff will in fact need the Extention of atleast 90 days from 11-01-2025 due to facts FCF has 1661 inmates, there are a total of 19 law library computers. 2-law Sessions Per day, 4 days a week, Excluding, Holidays, Weekends, and, facility lock downs.

Cordova V. BNSF RY. Co 2024 U.S. Dist. Lexis 153029, 2024 WL 3936489 under Fed. Rule. Civ. P. 6(b)(1)(A) If a party moves to extend a deadline before it has Expired, the movant need only make a showing of good cause.

Dated: 10-19-2025

James T Cauley Jr
James Thompson Cauley Jr

## Certificate of Service

I James Thompson Cauley Jr, have placed a True correct copy of motion for Extention of time to file Amended Prisoner Complaint as ordered by this Honorable Court on Oct. 01-2025 in the Prison Mail box on 10-19-2025 under Prison mail box Rule at Freemont Correctional facility, Canon City, Colorado.

United States District Court
Alfred A. ARRAJ United States Courthouse
901 19th Street
Denver, Co 80294-3589

Dated: 10-19-2025

James T Cauley jr
James Thompson Cauley Jr 133553
FCF 6 Upper-C-05
P.O. Box 999
Canon City, Co 81215-0999

**Colorado Department of Corrections**

Name: James T Lawley Jr
Register Number: 173553
Unit: 6-C-5
Box Number: 999
City, State, Zip: Canon City, Colo 81215

United States District Court
Alfred A. ARRAJ United States
Court House
901 19th Street
Denver, Colorado, 80294-3589